IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JENNIE HILL,                         )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          1:20CV758
                                     )
C.R. BARD, INC., BARD                )
PERIPHERAL VASCULAR, INC.,           )
MCKESSON CORPORATION, and            )
DOES 1 THROUGH 100, INCLUSIVE,       )
                                     )
          Defendants.                )


## MEMORANDUM OPINION AND ORDER

**OSTEEN, JR., District Judge**

Presently before this court is the Motion to Dismiss the
Out-of-State Plaintiffs' Claims for Lack of Personal
Jurisdiction, (Doc. 3), filed by Defendants C.R. Bard, Inc. and
Bard Peripheral Vascular, Inc. (together "Defendants" or
"Bard"). This case was transferred from the Northern District of
Texas, (Doc. 24), and the motion to dismiss was filed while the
case remained in Texas on the basis that Defendants are not
subject to personal jurisdiction in the state of Texas.
Defendants are requesting dismissal of all claims by Plaintiffs
Terry Alderman, Paula Best, Dennis Gordon, Paul Hassell, Jennie
Hill, Melinda Karper, Lorenzo McCaskill, James Shevlin, and
Steven Templeton (together "Original Plaintiffs"). (Doc. 3 at

1.) The case was severed, (Doc. 23), and the cases of Plaintiffs

Jennie Hill and Terry Alderson were transferred to the Middle

District of North Carolina.[1] Defendants' motion to dismiss will

be denied as moot.

## I.     STATEMENT OF THE FACTS

Plaintiff is bringing negligence and product liability

claims against Bard and the other Defendants. Plaintiff alleges

negligence, failure to warn, design and manufacturing defects,

and negligent misrepresentation, seeking punitive damages from

all Defendants. These claims are based on harm allegedly

suffered due to prescription medical implants - known as IVC

filters - produced and sold by Defendants. (Pls.' Original

Petition (Doc. 1-8) ¶ 30.) Defendant C.R. Bard, Inc., the device

manufacturer, is incorporated in New Jersey. (Id. ¶ 13; Doc. 4

at 7.)[2] Defendant Bard Peripheral Vascular, Inc., is incorporated

in Arizona. (Id. ¶ 14; Doc. 4 at 7.) Defendants brought this

motion to dismiss for lack of personal jurisdiction in Texas,

where the suit was originally filed before the Plaintiffs were

severed and Hill's case was transferred to the Middle District

---

[1] Plaintiff Alderman's case is proceeding separately under
case number 1:20CV759.

[2] All citations in this Memorandum Opinion and Order to
documents filed with the court refer to the page numbers located
at the bottom right-hand corner of the documents as they appear
on CM/ECF.

- 2 -

of North Carolina. (Docs. 23, 24.) Plaintiff Hill agreed to dismiss Defendant McKesson Corporation from the case. (Doc. 27.)

## II. <u>ANALYSIS</u>

Bard's argument in favor of dismissal due to lack of jurisdiction centers around the argument that "the Out-of-State Plaintiffs fall far short of their burden in establishing specific personal jurisdiction and present no facts to suggest that their alleged injuries from Bard IVC filters arise out of or relate to Defendants' actions in Texas." (Doc. 4 at 13.) Now that the case is before this court, in the Middle District of North Carolina, Bard's arguments about personal jurisdiction are no longer applicable, as they are clearly Texas-specific. Moreover, since the filing of this motion, the case has been severed, such that Plaintiff Hill is the only Plaintiff present in the action before the Middle District of North Carolina. Bard is free to file a new, accurate motion addressing personal jurisdiction in this court. However, at this time, arguments regarding the Texas court's jurisdiction are not relevant and are now moot.

## III. <u>CONCLUSION</u>

For the aforementioned reasons,

**IT IS THEREFORE ORDERED** that the Motion to Dismiss the Out-of-State Plaintiffs' Claims for Lack of Personal Jurisdiction,

- 3 -

(Doc. 3), filed by Defendants C.R. Bard, Inc. and Bard

Peripheral Vascular, Inc., is **DENIED AS MOOT**.

This the 22nd day of March, 2021.

_____
United States District Judge

- 4 -